**STATE of Missouri, Respondent,**

v.

**Thomas VAN WINKLE, Appellant.**

**No. WD 37502.**

Missouri Court of Appeals,
Western District.

July 15, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1986.

Joseph H. Locascio, Sp. Public Defender, B. Janeen deVries, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from jury conviction for tampering with a witness, in violation of § 575.270 RSMo Supp. 1984.

Judgment affirmed. Rule 30.25(b).